**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES DANTE WHITAKER, | ) | NO. CV 10-05342 DOC (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LELAND McEWEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   August 29, 2010

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE